[Cite as *State v. Snipes*, 2025-Ohio-2317.]

IN THE COURT OF APPEALS OF OHIO
SIXTH APPELLATE DISTRICT
LUCAS COUNTY

State of Ohio                                              Court of Appeals No. L-24-1293

      Appellee                                        Trial Court No. CR02024-1513

v.

Andre Snipes                                          **DECISION AND JUDGMENT**

      Appellant                                      Decided:  June 30, 2025

* * * * *

David A. Reams, for appellant.

Julia R. Bates, Prosecutor and Randy L. Meyer,
Assistant Prosecuting Attorney, for appellee.

* * * * *

**SULEK, P.J.**

This is an appeal from a judgment of the Lucas County Court of Common Pleas

sentencing appellant, Andre Snipes, to an indefinite prison sentence of five to six years

for felonious assault with a firearm specification.  This judgment entry is not an opinion

of the court.  *See* S.Ct.R.Rep.Op. 3.1; App.R. 11.1(E); 6th Dist. Loc.App.R. 18.

On April 4, 2024, the Lucas County Grand Jury indicted Snipes on one count of felonious assault, R.C. 2903.11(A)(2), (D), with a firearm specification, R.C. 2941.145(A). A jury found Snipes guilty of the charge and specification and on October 31, 2024, noting the requirement that the trial court "impose a minimum term on the underlying charge," the court sentenced him to an indefinite two to three years of imprisonment for felonious assault, to be served consecutive to the mandatory three-year term for the firearm specification. This appeal followed.

Snipes raises the following two assignments of error:

> I. Did the trial court error in sentencing appellant to 2 years in prison on the felonious assault offense?

> II. Did the trial court error in failing to consider a community control sanction instead of prison for the felonious assault offense?

Pursuant to App.R. 11.1(E), the court now renders its decision. Snipes' assignments of error similarly claim that the trial court erred by failing to consider imposing community control in lieu of a minimum prison term. In *State v. Logan*, 2025-Ohio-1772, the Supreme Court of Ohio held that "R.C. 2929.13(F)(8) requires a trial court to impose a prison sentence on an offender convicted of a felony offense that has a corresponding firearm specification." *Id.* at ¶ 25. Accordingly, the trial court did not err by imposing a prison sentence as to Snipes' felonious assault conviction.

2.

Snipes' first and second assignments of error are not well-taken and the judgment of the Lucas County Court of Common Pleas is affirmed. Snipes is ordered to pay the costs of this appeal pursuant to App.R. 24.

Judgment affirmed.

A certified copy of this entry shall constitute the mandate pursuant to App.R. 27. *See, also,* 6th Dist.Loc.App.R. 4.

| Thomas J. Osowik, J. | |
| --- | --- |
| | JUDGE |
| Gene A. Zmuda, J. | |
| | JUDGE |
| Charles E. Sulek, P.J. | |
| CONCUR. | JUDGE |